IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Respondents. | No. 2:21-CV-1781-KJM-DMC-P<br><br>ORDER |

        Petitioner, a pre-trial detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On December 3, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

        The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Robbins v. Carey, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1       Although it appears from the file that plaintiff's copy of the findings and
2  recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to
3  keep the court apprised of his current address at all times. Under Local Rule 182(f), service of
4  documents at the record address of the party is fully effective.
5       Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the
6  Court has considered whether to issue a certificate of appealability. Before Petitioner can appeal
7  this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P.
8  22(b). Where the petition is denied on the merits, a certificate of appealability may issue under
9  28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
10 constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of
11 appealability indicating which issues satisfy the required showing or must state the reasons why
12 such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on
13 procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
14 jurists of reason would find it debatable whether the district court was correct in its procedural
15 ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
16 claim of the denial of a constitutional right.'" *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.
17 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)). For the reasons
18 set forth in the Magistrate Judge's findings and recommendations, the Court finds that issuance of
19 a certificate of appealability is not warranted in this case.
20      Accordingly, IT IS HEREBY ORDERED that:
21      1.   The findings and recommendations filed December 3, 2021, are adopted in
22 full;
23      2.   This action is dismissed without prejudice for lack of prosecution and
24 failure to comply with court rules and orders;
25      3.   The Court declines to issue a certificate of appealability; and
26      4.   The Clerk of the Court is directed to enter judgment and close this file.
27 DATED: January 7, 2022.
28
                                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

2